⚑AO 241
(Rev. 10/07)

**20-00316**
**SECT.HMAG.5**

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Louisiana |
|---|---|
| Name (under which you were convicted):<br>JAMES JERROD SPIKES, JR | Docket or Case No.:<br>15-CR4-128964 |
| Place of Confinement:<br>TANGIPAHOA PARISH JAIL | Prisoner No.:<br>431129 |
| Petitioner (include the name under which you were convicted)<br>JAMES JERROD SPIKES JR. | Respondent (authorized person having custody of petitioner)<br>v.<br>HEATH MARTIN, WARDEN |
| The Attorney General of the State of | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   22nd JUDICIAL DISTRICT COURT
   PARISH OF WASHINGTON

   (b) Criminal docket or case number (if you know): 15-CR4-128964

2. (a) Date of the judgment of conviction (if you know): JUNE 21, 2016

   (b) Date of sentencing: JAN 4, 2017

3. Length of sentence: 8 YEARS

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   INTRODUCTION OF CONTRABAND

   TENDERED FOR FILING

   JAN 27 2020

   U.S. DISTRICT COURT
   Eastern District of Louisiana
   Deputy Clerk

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty          ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty              ☐ (4) Insanity plea

   X Pauper

AO 241
(Rev. 10/07)

**20-00316
SECT.HMAG.5** Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Louisiana |
|---|---|
| Name (under which you were convicted): JAMES JERROD SPIKES, JR | Docket or Case No.: 15-CR4-128964 |
| Place of Confinement: TANGIPAHOA PARISH JAIL | Prisoner No.: 431129 |
| Petitioner (include the name under which you were convicted) JAMES JERROD SPIKES JR. | Respondent (authorized person having custody of petitioner) HEATH MARTIN, WARDEN |
| The Attorney General of the State of | |

v.

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON

   (b) Criminal docket or case number (if you know): 15-CR4-128964

2. (a) Date of the judgment of conviction (if you know): JUNE 21, 2016

   (b) Date of sentencing: JAN 4, 2017

3. Length of sentence: 8 YEARS

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   INTRODUCTION OF CONTRABAND

   **TENDERED FOR FILING**

   **JAN 27 2020**

   U.S. DISTRICT COURT
   Eastern District of Louisiana
   Deputy Clerk

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 10/07)                                                                                           Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: 1 CIRCUIT COURT OF APPEAL

(b) Docket or case number (if you know):

(c) Result: AFFIRMED

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised: EXCESSIVE SENTENCE

(g) Did you seek further review by a higher state court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

♦AO 241                                                                                                                   Page 4
(Rev. 10/07)

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☒ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: 1st Circuit Court of Appeal

(2) Docket or case number (if you know): 2019-KW-0203

(3) Date of filing (if you know): 4-29-2019

(4) Nature of the proceeding: Post-Conviction Application

(5) Grounds raised: Tampering with evidence erasing video using cell phone Senate Bill 221

State did not provide name of confidential informant

Ineffective lawyer did not call witness who was being housed at the Washing Parish Jail the day of trial

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes    ☒ No

(7) Result: Denied

(8) Date of result (if you know):

AO 241 (Rev. 10/07)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241 (Rev. 10/07)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☑ No
(2) Second petition:  ☐ Yes   ☐ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:


12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Court answered the claim in accordance with Act 2017, No. 282 I filed under Senate Bill 221 a Post-Conviction Relief for inmates That Remained Non-convicted for Five (5) years after completion of parole went effective on November 1, 2017, for people elgible from November 1, 2015 - November 1, 2017.

(b) If you did not exhaust your state remedies on Ground One, explain why:

The Senate Bill 221 Prevailed the Clerk of Court sent paperwork stating the Multiple Offender Docket had been Rescinded and was No Longer Responsive to Petitioner Name The 22nd Judicial District has Not Forwarded the information to the Department of Correction Ruling February 19, 2018

MY DETACHMENT IS FALSE DUE TO DERELICTION OF DUTY

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☑ Yes ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: POST-CONVICTION APPLICATION

    Name and location of the court where the motion or petition was filed: 22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON

    Docket or case number (if you know): 15-CR4-128964

    Date of the court's decision: APRIL 15, 2018

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

    (4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: 1ST CIRCUIT COURT APPEAL BATON ROUGE, La.

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 10/07)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** TAMPERING WITH EVIDENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

WARDEN JIM MILLER ALTERED THE VIDEO BY RECORDING THE VIDEO WITH HIS PHONE THE VIDEO DOES NOT SHOW THE FINDING OF A PHONE ARE ALL THE OTHER ARTICLES FOUND UNDER A BLANKET ON THE THE VIDEO DOE NOT SHOW petitioner Placing Anything UNDER THE Blanket JUDGE MARTIN COADY JUDGEMENT IS NOT BASED ON FACTS.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

The Appellate project FILED JUST EXCESSIVE SENTENCE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: POST-CONVICTION Application

Name and location of the court where the motion or petition was filed:

22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON

Docket or case number (if you know): 15-CR4-128964

Date of the court's decision: APRIL 15, 2018

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
1st CIRCUIT COURT OF APPEAL

Docket or case number (if you know): 2019-KW-0203
Date of the court's decision: 4-29-2019
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEl

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
ATTORNEY DAVID CRAIG STATED HE WOULD SUBPOENA DEMARQUEZ HARRIS@ WHO IS ALSO IN THE VIDEO THAT WAS DELETED AND WOULD HAVE TESTIFIED THAT THE PHONE WAS NOT FOUND ON MY SIDE OF THE TABLE I STATED THIS IN MY POST-CONVICTIO APPLICATION JUDGE CADY WAS BIAS IN JUDGEMENT DUE TO COMPLAINTS FILED AGAINST HIM TO THE JUDICIAL COMMISSION AGAINST HIM

DEMARQUEZ MARKS WAS HOUSED IN THE WASHINGTON PARISH JAIL ACROSS THE STREET FROM THE COURT HOUSE ATTORNEY DAVID CRAIG DIDNOT SUBPOENA HIM AS HE SAID HE WOULD.

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: POST-CONVICTION APPLICATION

Name and location of the court where the motion or petition was filed: 22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON

Docket or case number (if you know): 15-CR4-128964

Date of the court's decision: DENIED

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 1ST CIRCUIT COURT OF APPEAL.

Docket or case number (if you know): 2019-KW-0263

Date of the court's decision: 4-29-2019

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** STATE DID NOT PROVIDE NAME OF CONFIDENTIAL INFORMANT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

JUDGE COADY STATES IN HIS REASON FOR DENIAL OF POST-CONVICTION APPLICATION CLAIM 2 Petitioner DID NOT NAME BUT 1 WITNESS HOW COULD Petitioner Name a witness AND THE STATE DID NOT PROVIDE The Name OF Confidential Informant TO ENABLE HIM TO BE CALLED.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:
APPELLATE PROJECT FILED ONLY EXCESSIVE SENTENCE

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   POST-CONVICTION APPLICATION

Name and location of the court where the motion or petition was filed:
22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON

Docket or case number (if you know): 15-CR4-128964

Date of the court's decision: APRIL 15, 2018

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
1St CIRCUIT COURT OF APPEAl Baton Rouge, La.

Docket or case number (if you know): 2019-KW-0203

Date of the court's decision: 4-29-2019

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:


(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241                                                                                                                                                    Page 13
(Rev. 10/07)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:   *Law Library Did Not Have Proper Forms*

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241 (Rev. 10/07)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: DAVID CRAIG JR. P.O. BOX 607 Franklinton, LA. 70438

(b) At arraignment and plea: DAVID Craig JR.

(c) At trial: DAVID CRAIG JR

(d) At sentencing: DAVID Craig JR

(e) On appeal: FREDRICK KRONKE, Appellate PROJECT

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

⚙AO 241                                                                                                                                                                                    Page 16
(Rev. 10/07)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Strike Conviction From Record And Remand Case To District*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  *1-22-2020* (month, date, year).

Executed (signed) on *1-22-20* (date).

_____
*James S. Sparks*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.