UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES JERROD SPIKES                CIVIL ACTION
#431129
VERSUS                             20-NO. 316
HEATH MARTIN, WARDEN               SECTION: "H"(5)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 18 2020
CAROL L. MICHEL
CLERK

## MOTION FOR PRODUCTION OF DOCUMENTS VIDEO AND AUDIO TAPES

NOW INTO THE COURT COMES PETITIONER JAMES J. SPIKES WHO MOVES THIS COURT FOR AN ORDER FOR THE FOLLOWING REASONS TO WIT:

(1)

PETITIONER AVERS THAT WARDEN JIM MILLER OF THE WASHINGTON PARISH JAIL DELETED THE SURVIELLANCE VIDEO TO COVER ACT OF MALFEASANCE COMMITTED BY DEPUTY LAROCCA

(2.)

PETITIONER AVERS THE ORIGINAL SURVIELLANCE VIDEO WOULD HAVE SHOWN DEPUTY LAROCCA RETRIEVE THE CELL PHONE FROM IN FRONT OF DEMARQUEZ HARRIS;

(3.)

PETITIONER AVERS THE ORIGINAL SURVIELLANCE VIDEO WOULD HAVE SHOWN DEMARQUEZ HARRIS HOLD A CONVERSATION WITH DEPUTY LAROCCA TELLING HIM

HIS NUMBER WAS CONTAINED IN THE PHONE AND WOULD HAVE SHOWN DEPUTY LAROCCA DELETING HIS NUMBER FROM THE CALL LOG ON THE PHONE.

(4.)

PETITIONER AVERS HE FILED A CIVIL COMPLAINT IN 2017 IN THIS HONORABLE COURT AGAINST WARDEN JIM MILLER WHO COULD NOT EXPLAIN WHY HE PURPOSELY DESTROYED THE ORIGINA SURVIELANCE TAPE AND COULD HAVE EASILY CAPTURED THE WHOLE VIDEO ON HIS PHONE.

(5.)

PETITIONER AVER THIS IS BLATENT ABUSE OF AUTHORITY AND TAMPERING WITH EVIDENCE PATENT ON FACE OF RECORD MENTIONED IN CIVIL COMPLAINT SPIKES VS. MILLER EASTERN DISTRICT 2017.

(6.)

PETITIONER AVERS DEPUTY LAROCCA ADMITTED AT TRIAL THAT THE PHONE WAS FOR DEMARQUEZ HARRIS BUT HAS BEEN DELETED FROM THE TRANSCRIPT BY COURT REPORTER KAREN CARTIE JENKINS IN CITING SPIKES VS. JENKINS CIVIL ACTION 2016

7.

PETITIONER AVER THAT THE PRODUCTION OF THE SURVIELLANCE VIDEO AND AUDIO FROM THE TRIAL TRANSCRIPT IS THE ONLY WAY TO ENSURE A FAIR

REVIEW OF RECORD AND WILL PROVE HIS CLAIMS OF MALFEASANCE ARE NOT FANCIFUL BUT A CONSPIRATORIAL PLOT THAT HAS KEPT HIM INCARCERATED FOR 5 YRS 2 MONTHS ILLEGALLY.

(8)

PETITIONER AVERS THE CONFIDENTIAL INFORMANT'S NAME WAS WITHHELD BY A.D.A JOHN ALFORD.

(9.)

PETITIONER AVERS THAT HE WAS DENIED A FAIR TRIAL AND HELD ILLEGALLY DUE TO HIS NUMEROUS COMPLAINTS FILED ON JUDGE MARTIN E. COADY PUBLIC DEFENDER DAVID CRAIG, COURT REPORTER KAREN CARTIE JENKINS AND A.D.A JOHN ALFORD RANGING FROM THE JUDICIAL COMMISSION, BAR ASSOCIATION AND EASTERN DISTRICT CIVIL COMPLAINTS.

### PRAYER

WHEREFORE PETITIONER PRAYS THAT THIS HONORABLE COURT ORDER THE 22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON TO FURNISH VIDEO, AUDIO OF TRIAL TRANSCRIPTS AND NAME OF CONFIDENTIAL INFORMANT CONTAINED INCIDENT REPORT. IN DOING SO THIS COURT WOULD ENSURE FAIR REVIEW AND PROTECT THE DIGNITY OF LAW.

RESPECTFULLY SUBMITTED,

*James J. Spikes*
JAMES J. SPIKES