STATE OF LOUISIANA      NUMBER: 15-CR4-128964 "WSF"

VERSUS      22ND JUDICIAL DISTRICT COURT

JAMES J. SPIKES, JR      WASHINGTON PARISH, LOUISIANA

FILED: _____   _____
                                                   DEPUTY CLERK

## MULTIPLE OFFENDER BILL OF INFORMATION
### R.S. 15:529.1

Warren Montgomery, District Attorney, 22nd Judicial District, through the undersigned Assistant District Attorney, in the name of the State of Louisiana, comes into this Honorable Court and gives the said Court to understand and be informed that the above named defendant was duly convicted of the felony crime of **Possession Or Introduction Of Contraband (cell phone) In A State Correctional Institution** on **06/21/2016**.

And now the District Attorney informs the Court that the defendant has the following prior convictions:

1. In the 22nd JDC, Parish of Washington and State of Louisiana for the crime of Illegal Use of a Weapon (14:94) on 6/21/2000, under case number 99-CR5-75460;

2. In the 22nd JDC, Parish of Washington and State of Louisiana for the crime of Possession of a Schedule II Controlled Dangerous Substance, to wit Cocaine, on 1/11/2010, under case number 09-CR1-104603;

The said defendant is one and the same person who was previously convicted in the listed case number(s) and should now be sentenced in conformity with the provision of La. R.S. 15:529.1.

                                              WARREN MONTGOMERY
                                              DISTRICT ATTORNEY
                                              22nd JUDICIAL DISTRICT

                                              By: _____

JANUARY 4, 2017

THE TWENTY-SECOND JUDICIAL DISTRICT COURT CONVENED ON THE ABOVE DATE PURSUANT TO PREVIOUS ASSIGNMENT. PRESENT HONORABLE, MARTIN E. COADY, DISTRICT JUDGE PRESIDING, JAY ADAIR, DISTRICT ATTORNEY, LORRIE PRICE, DEPUTY CLERK OF COURT, KAREN JENKINS, OFFICIAL COURT REPORTER AND JOHNNY CAUSEY, DEPUTY SHERIFF. WHEREUPON, THE FOLLOWING MATTERS WERE TAKEN UP AND DISPOSED OF AS FOLLOWS, TO-WIT:

STATE OF LOUISIANA
VS
JAMES J SPIKES JR

**CASE #: 15-CR4-128964**

CHARGE:
POSSESSION/INTRODUCTION CONTRABAND IN STATE CORRECTIONAL INSTITUTION

JANUARY 4, 2017                                    MARTIN E. COADY

THIS CAUSE CAME ON FOR MULTIPLE OFFENDER HEARING. PRESENT, RONNIE GRACIANETTE, ASSISTANT DISTRICT ATTORNEY, DAVID CRAIG, ATTORNEY FOR THE DEFENDANT AND THE DEFENDANT, JAMES SPIKES JR.

STATE WITNESS, OFFICER TIMOTHY PHELPS, CALLED AND SWORN.

STATE EXHIBIT #1 - PIN PACK, OFFERED, FILED AND INTRODUCED.

CROSS EXAMINATION BY THE DEFENSE.

DEFENSE WITNESS, JAMES SPIKES JR., CALLED AND SWORN.

CROSS EXAMINATION BY THE STATE.

THIS MATTER IS SUBMITTED AND TAKEN UP BEFORE THE COURT, WHEREUPON, THE COURT FINDS THE DEFENDANT TO IS THE SAME PERSON CONVICTED IN DOCKETS 99-CR5-75460 AND 09-CR1-104603 AND FINDS HIM TO BE A THIRD FELONY OFFENDER.

THE COURT HEREBY VACATES THE PRIOR SENTENCE IN THIS MATTER AND SENTENCES THE DEFENDANT TO SERVE A PERIOD OF EIGHT (8) YEARS HARD LABOR AS A 3RD FELONY OFFENDER WITHOUT THE BENEFIT OF PROBATION OR SUSPENSION OF SENTENCE IN THE CUSTODY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS. THE DEFENDANT IS GIVEN CREDIT FOR ANY TIME SERVED SUBSEQUENT TO ARREST.

THE COURT ADVISED THE DEFENDANT, HE HAS TWO (2) YEARS FROM THE DATE THE JUDGMENT OF CONVICTION BECOMES FINAL TO FILE FOR POST CONVICTION RELIEF.