UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES JERROD SPIKES, JR., #431129 | CIVIL ACTION |
| VERSUS | NUMBER: 20-0316 |
| HEATH MARTIN, WARDEN | SECTION: "H"(5) |

**ORDER**

Presently before the Court is Petitioner's "Motion for Production of Documents Video and Audio Tapes." (Rec. doc. 8). The Clerk is directed to forward a copy of Petitioner's motion to the District Attorney for the Parish of Washington at the address where service of Spikes' petition was accomplished. (Rec. doc. 7-1). The District Attorney is instructed to file a response to Petitioner's motion at the same time as he responds to Spikes' habeas petition, the due date for which is extended 30 days.

New Orleans, Louisiana, this 26th day of February, 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE