UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES JERROD SPIKES, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-316** |
| **HEATH MARTIN, WARDEN** | **SECTION: "H"** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge (R. Doc. 18) and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of James Jerrod Spikes, Jr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE